**Christie Bodnar Swiss, Esq. State Bar No. 245151**
**Vanessa A. Evangelista, Esq. State Bar No. 238474**
**Audra C. Call, Esq. State Bar No. 252804**
**COLLINS COLLINS MUIR + STEWART LLP**
**1100 El Centro Street**
**South Pasadena, CA  91030**
**(626) 243-1100 – FAX (626) 243-1111**
**Email:  cswiss@ccmslaw.com**
**Email:  vevangelista@ccmslaw.com**
**Email:  acall@ccmslaw.com**

Attorneys for Defendants
CITY OF MURRIETA; OFFICER JEREMY MEADOWS; OFFICER H. ADAMS; OFFICER ELLIOT; OFFICER TOMPKINS; OFFICER MATTHEW MOZINGO; and OFFICER IRVING

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY SORIANO, by and through his Conservator, SHERLY TOLENTINO; MARITES de GUZMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF RIVERSIDE, CITY OF MURRIETA, STANELY SNIFF, Sheriff of Riverside County; WILLIAM DI YORIO, Undersheriff of Riverside County; JULIO IBARRA, Senior Safety Coordinator for Riverside County; JERRY GUTIERREZ, Corrections Assistant Sheriff; VIRGINIA BUSBY, Captain of Robert Presley Detention Center; Murrieta Police Department OFFICER JEREMY MEADOWS; OFFICER H. ADAMS; OFFICER ELLIOT; OFFICER TOMPKINS; OFFICER | CASE NO. 5:16-cv-155 BRO (SPx) <br> *[Assigned to Beverly Reid O'Connell, Courtroom 7C]* <br><br> **JOINT STIPULATION RE: CITY DEFENDANTS' ANSWER AND MOTION FOR SUMMARY JUDGMENT TO PLAINTIFFS' THIRD AMENDED COMPLAINT** <br><br> **Complaint Filed:**  01/26/16 <br> **FAC Filed:**         04/15/16 <br> **SAC Filed:**         12/19/16 <br> **TAC Filed:**         02/9/17 <br> **Trial Date:**         10/24/17 |

19981

1

**JOINT STIP RE ANSWER AND MSJ OF CITY DEFENDANTS**

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

| | |
|---|---|
| 1 | MATTHEW MOZINGO; OFFICER ) |
| 2 | IRVING; TYLER SCOTT JACKSON; ) |
|   | and DOES 1-125, ) |
| 3 | ) |
|   | Defendants. ) |
| 4 | ) |
| 5 | ) |

Plaintiffs EDDY SORIANO, by and through his Conservator, SHERLY TOLENTINO, and MARITES de GUZMAN ("Plaintiffs") and Defendants CITY OF MURRIETA, Murrieta Police Department OFFICER JEREMY MEADOWS; OFFICER H. ADAMS; OFFICER ELLIOT; OFFICER TOMPKINS; OFFICER MATTHEW MOZINGO; and OFFICER IRVING ("City Defendants") through their respective counsel of record, hereby submit the following joint stipulation:

**WHEREAS** Plaintiffs filed their Second Amended Complaint on December 19, 2016;

**WHEREAS** City Defendants filed their Answers to Plaintiffs' Second Amended Complaint on January 3, 2017;

**WHEREAS** City Defendants filed their Notice of Motion and Motion for Summary Judgment or, in the alternative, Motion for Partial Summary Judgment as to Plaintiffs' Second Amended Complaint ("MSJ") on February 6, 2017;

**WHEREAS** Plaintiffs filed their Third Amended Complaint on February 9, 2017;

**WHEREAS** the parties have met and conferred regarding the filing of the Third Amended Complaint and its effect on the Answer of City Defendants and City Defendants' MSJ;

It is hereby stipulated by and between Plaintiffs and City Defendants that:

1. City Defendants' Answers to the Second Amended Complaint of Plaintiffs, filed on January 3, 2017 shall be operative as the Answers for each of the City Defendants to the Third Amended Complaint of Plaintiffs and all

*19981*

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

2

**JOINT STIP RE ANSWER AND MSJ OF CITY DEFENDANTS**

denials, affirmative representations, and affirmative defenses set forth in City Defendants' Answers to Plaintiffs' Second Amended Complaint shall also apply to Plaintiffs' Third Amended Complaint.

2. City Defendants' request for Jury Trial in response to the Second Amended Complaint shall also apply to the Third Amended Complaint of Plaintiffs;

3. The Motion for Summary Judgment or, in the alternative, Motion for Partial Summary Judgment filed by City Defendants on February 6, 2017 to Plaintiffs' Second Amended Complaint shall be applied to Plaintiffs' Third Amended Complaint and all references to the Second Amended Complaint and causes of action therein set forth in the MSJ shall apply to the allegations set forth in the Third Amended Complaint and causes of action set forth therein.

**IT IS SO STIPULATED**.

DATED: February 21, 2017      COLLINS COLLINS MUIR + STEWART LLP

By: *Audra C. Call*
AUDRA C. CALL
CHRISTIE BODNAR SWISS
VANESSA A. EVANGELISTA
Attorneys for Defendants
CITY OF MURIETTA; OFFICER JEREMY MEADOWS; OFFICER H. ADAMS; OFFICER ELLIOT; OFFICER TOMPKINS; OFFICER MATTHEW MOZINGO; OFFICER IRVING

///

///

///

*19981*

**JOINT STIP RE ANSWER AND MSJ OF CITY DEFENDANTS**

DATED: February 21, 2017          SKOLNICK LAW GROUP

                                                                                 /S/
                                        Suzanne Skolnick, Esq.
                                        Attorneys for Plaintiffs
                                        EDDY SORIANO, by and through his
                                        Conservator, SHERLY TOLENTIN, and
                                        MARITES de GUZMAN

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

*19981*

**JOINT STIP RE ANSWER AND MSJ OF CITY DEFENDANTS**