☐ ORIGINAL

NO FEE DUE
GOV'T CODE § 6103

1 LEWIS BRISBOIS BISGAARD & SMITH LLP
ARTHUR K. CUNNINGHAM, SB# 97506
2   E-Mail: Arthur.Cunningham@lewisbrisbois.com
JAMES C. PACKER, SB#77675
3   E-Mail: James.Packer@lewisbrisbois.com
STEPHANIE J. TANADA, SB# 257769293157
4   E-Mail: Eric.Angel@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
5 San Bernardino, California 92408
Telephone: 909.387.1130
6 Facsimile: 909.387.1138

7 ARIAS & LOCKWOOD
CHRISTOPHER D. LOCKWOOD, SB#110853
8   E-Mail: Christopher.Lockwood@ariaslockwood.com
1881 South Business Center Drive, Suite 9A
9 San Bernardino, California  92408
Telephone:  909-890-0125
10 Facsimile:  909-890-0185

11 Attorneys for Defendants
COUNTY OF RIVERSIDE, STANLEY
12 SNIFF, WILLIAMA DI YORIO, JULIO
IBARRA, JERRY GUTIERREZ,
13 VIRGINIA BUSBY, NORMAN
NANTES, JASON CHIVAS and JEFF
14 PINON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EDDY SORIANO, etc., et al., | CASE NO. 16-CV-00155-BRO (SPx) |
| Plaintiffs, | **NOTICE OF CONDITIONAL SETTLEMENT** |
| vs. | |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

TO THIS HONORABLE COURT:

At mediation on February 21, 2017, the defendants related to the County of Riverside and City of Murrieta settled with the plaintiffs, conditioned upon approval of the settlement by the Court and by the County and City's governing bodies, which are expected to be obtained within (90) days.

4829-4992-6980.1

NOTICE OF CONDITIONAL SETTLEMENT

1 | The remaining defendant, Tyler Jackson, is in default.

2 | The settling defendants and plaintiffs recommend that the pending dates be
3 | vacated pending approval of the settlement. If the settlements are not approved, the
4 | remaining parties will notify the court forthwith. If the settlements are approved, the
5 | parties will submit a Stipulation for Dismissal of the settling parties forthwith upon
6 | such approvals.

DATED: February ___, 2017        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     \Arthur K. Cunningham\
        Arthur K. Cunningham
        Attorneys for Defendants COUNTY OF
        RIVERSIDE, STANLEY SNIFF,
        WILLIAMA DI YORIO, JULIO IBARRA,
        JERRY GUTIERREZ, VIRGINIA
        BUSBY, NORMAN NANTES, JASON
        CHIVAS and JEFF PINON

DATED: February ___, 2017        TRUJILLO & TRUJILLO

By:     \Robert Trujillo\
        ROBERT TRUJILLO
        Attorneys for Plaintiffs
        EDDY SORIANO, by and through his
        Convervator, Sherly Tolentino; and MARITES de
        GUZMAN

DATED: February ___, 2017        COLLINS COLLINS MUIR + STEWART LLP

By:     \Christina B. Swiss\
        CHRISTINA B. SWISS
        Attorneys for Defendants
        CITY OF MURRIETA, OFFICER JEREMY
        MEADOWS, OFFICER H. ADAMS, OFFICER
        ELLIOTT, OFFER TOMPKINS, OFFICER
        MATTHEW MOZINGO and OFFICER IRVING

# E-SIGNATURE AFFIRMATION

Pursuant to the United States District Court, Central District of California Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 24, 2017         LEWIS BRISBOIS BISGAARD & SMITH LLP


By:     \Arthur K. Cunningham\
        Arthur K. Cunningham
        Attorneys for Defendants

# FEDERAL COURT PROOF OF SERVICE

SORIANO vs COUNTY OF RIVERSIDE - Case No. 16-CV-00155-BRO (SPx)

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 24, 2017, I served the following document(s): NOTICE OF CONDITIONAL SETTLEMENT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

### SEE ATTACHED SERVICE LIST

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 24, 2017, at San Bernardino, California.

_____
SHARON DENISE MOORE-DUNCAN

4829-4992-6980.1

NOTICE OF CONDITIONAL SETTLEMENT

# SERVICE LIST
## SORIANO vs COUNTY OF RIVERSIDE
### 16-CV-00155-BRO (SPx)

Robert Trujillo, Esquire  
Melody Trujillo, Esquire  
TRUJILLO & TRUJILLO  
41593 Winchester Road, Suite 201  
Temecula, California 92590  
951-296-9529  
trulaw@trujillo-law.us  
**Attorneys for Plaintiffs**  
**EDDY SORIANO, by and through his Convervator, Sherly Tolentino; and MARITES de GUZMAN**

Suzanne Skolnick, Esquire  
2888 Loker Avenue East, Suite 110-F  
Carlsbad, California 92010  
760-405-4397  
Suzanne@skolnicklawgroup.com  
**Attorneys for Plaintiffs**  
**EDDY SORIANO, by and through his Convervator, Sherly Tolentino; and MARITES de GUZMAN**

Lewis Khashan, Esquire  
38975 Sky Canyon Drive, Suite 201  
Murrieta, California 92563  
951-775-7279  
951-658-8981  
lewis@khashanlaw.com  
**Attorneys for Plaintiffs**  
**EDDY SORIANO, by and through his Convervator, Sherly Tolentino; and MARITES de GUZMAN**

Christopher D. Lockwood, Esquire  
ARIAS & LOCKWOOD  
1881 South Business Center Drive, Suite 9A  
San Bernardino, California 92408  
909-890-0125  
909-890-0185 (facsimile)  
**Co-Attorneys for Defendants**  
**COUNTY OF RIVERSIDE, STANLEY SNIFF, WILLIAM DI YORIO, JULIO IBARRA, JERRY GUTIERREZ and VIRGINIA BUSBY**

Christine B. Swiss, Esquire  
Vanessa A. Evangelista, Esquire  
COLLINS COLLINS MUIR + STEWART LLP  
2011 Palomar Airport Road, Suite 207  
Carlsbad, California 92011  
760-274-2110  
760-274-2111 (facsimile)  
**Attorneys for Defendants**  
**CITY OF MURRIETA, OFFICER JEREMY MEADOWS, OFFICER H. ADAMS, OFFICER ELLIOTT, OFFER TOMPKINS, OFFICER MATTHEW MOZINGO and OFFICER IRVING**