ORIGINAL

NO FEE DUE
GOV'T CODE § 6103

LEWIS BRISBOIS BISGAARD & SMITH LLP
ARTHUR K. CUNNINGHAM, SB# 97506
E-Mail: Arthur.Cunningham@lewisbrisbois.com
JAMES C. PACKER, SB#77675
E-Mail: James.Packer@lewisbrisbois.com
ERIC T. ANGEL, SB# 293157
E-Mail: Eric.Angel@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

ARIAS & LOCKWOOD
CHRISTOPHER D. LOCKWOOD, SB#110853
E-Mail: Christopher.Lockwood@ariaslockwood.com
1881 South Business Center Drive, Suite 9A
San Bernardino, California 92408
Telephone: 909-890-0125
Facsimile: 909-890-0185

Attorneys for Defendants
COUNTY OF RIVERSIDE, STANLEY SNIFF, WILLIAMA DI YORIO, JULIO IBARRA, JERRY GUTIERREZ, VIRGINIA BUSBY, NORMAN NANTES, JASON CHIVAS and JEFF PINON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EDDY SORIANO, etc., et al.,<br>Plaintiffs,<br>vs.<br>COUNTY OF RIVERSIDE, et al.,<br>Defendants. | CASE NO. 16-CV-00155-BRO (SPx)<br>**[PROPOSED] ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT AND REQUEST FOR ORDER THAT ANY CLAIMS BY TYLER JACKSON FOR EQUITABLE INDEMNITY OR CONTRIBUTION ARE BARRED AS A MATTER OF LAW** |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

Defendants COUNTY OF RIVERSIDE, STANLEY SNIFF, WILLIAMA DI YORIO, JULIO IBARRA, JERRY GUTIERREZ, VIRGINIA BUSBY, NORMAN NANTES, JASON CHIVAS, JEFF PINON, and Defendants CITY OF MURRIETA, OFFICER JEREMY MEADOWS, OFFICER H. ADAMS, OFFICER

ELLIOTT, OFFICER TOMPKINS, OFFICER MATTHEW MOZINGO and OFFICER IRVING's Joint Motion for Good Faith Settlement came on regularly for hearing on _______________, 2017, at 8:30 a.m. in Courtroom __ of the United States District Court.

After full consideration of the papers filed in support of and in opposition to Defendants' Motion and hearing the argument of counsel, the Court rules as follows: Defendants' Joint Motion is **GRANTED**.

The Court finds that the settlement entered into between Defendants COUNTY OF RIVERSIDE, STANLEY SNIFF, WILLIAMA DI YORIO, JULIO IBARRA, JERRY GUTIERREZ, VIRGINIA BUSBY, NORMAN NANTES, JASON CHIVAS, JEFF PINON, and Defendants CITY OF MURRIETA, OFFICER JEREMY MEADOWS, OFFICER H. ADAMS, OFFICER ELLIOTT, OFFICER TOMPKINS, OFFICER MATTHEW MOZINGO and OFFICER IRVING constitutes a good faith settlement with Plaintiffs EDDY SORIANO, by and through his Conservator, Sherly Tolentino; and MARITES de GUZMAN.

Any claims by TYLER JACKSON for equitable indemnity or contribution against any defendant are barred as a matter of law.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

DATED: ___________, 2017

By: ______________________________
UNITED STATES DISTRICT JUDGE

# FEDERAL COURT PROOF OF SERVICE

SORIANO vs COUNTY OF RIVERSIDE - Case No. 16-CV-00155-BRO (SPx)

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 22, 2017, I served the following document(s): [PROPOSED] ORDER GRANTING MOTION FOR GODO FAITH SETTLEMENT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Robert Trujillo, Esquire
Melody Trujillo, Esquire
TRUJILLO & TRUJILLO
41593 Winchester Road, Suite 201
Temecula, California 92590
951-296-9529
trulaw@trujillo-law.us
**Attorneys for Plaintiffs**
**EDDY SORIANO, by and through his Convervator, Sherly Tolentino; and MARITES de GUZMAN**

Suzanne Skolnick, Esquire
2888 Loker Avenue East, Suite 110-F
Carlsbad, California 92010
760-405-4397
Suzanne@skolnicklawgroup.com
**Attorneys for Plaintiffs**
**EDDY SORIANO, by and through his Convervator, Sherly Tolentino; and MARITES de GUZMAN**

Lewis Khashan, Esquire
38975 Sky Canyon Drive, Suite 201
Murrieta, California 92563
951-775-7279
951-658-8981
lewis@khashanlaw.com
**Attorneys for Plaintiffs**
**EDDY SORIANO, by and through his Convervator, Sherly Tolentino; and MARITES de GUZMAN**

Christine B. Swiss, Esquire
Vanessa A. Evangelista, Esquire
COLLINS COLLINS MUIR + STEWART LLP
2011 Palomar Airport Road, Suite 207
Carlsbad, California 92011
760-274-2110
760-274-2111 (facsimile)
**Attorneys for Defendants**
**CITY OF MURRIETA, OFFICER JEREMY MEADOWS, OFFICER H. ADAMS, OFFICER ELLIOTT, OFFER TOMPKINS, OFFICER MATTHEW MOZINGO and OFFICER IRVING**

Christopher D. Lockwood, Esquire
ARIAS & LOCKWOOD
1881 South Business Center Drive, Suite 9A
San Bernardino, California 92408
909-890-0125
909-890-0185 (facsimile)
**Co-Attorneys for Defendants**
**COUNTY OF RIVERSIDE, STANLEY SNIFF. WILLIAM DI**



LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 22, 2017, at San Bernardino, California.

SHARON DENISE MOORE-DUNCAN