TRUJILLO & TRUJILLO, APLC
Robert Trujillo, Esq. (CA SBN 148975)
Melody Trujillo, Esq. (CA SBN 165218)
41593 Winchester Road, Suite 201
Temecula, CA 92590
Tel: 951-296-9529
Email: trulaw@trujillo-law.us

Suzanne Skolnick, Esq. (CA SBN 211076)
2888 Loker Avenue East, Suite 110-F
Carlsbad, CA 92010
Tel.  (760) 405-4397
Email: suzanne@skolnicklawgroup.com

Lewis Khashan, Esq. (CA SBN 275906)
38975 Sky Canyon Drive Suite 201
Murrieta, CA 92563
Tel. (951) 775-7279
Email: lewis@khashanlaw.com
Attorneys for Plaintiffs Eddy Soriano,
By and through his conservator, Sherly
Tolentino, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eddy Soriano, by and through his Conservator, Sherly Tolentino; Marites de Guzman; ,<br><br>          Plaintiffs,<br>v.<br>COUNTY OF RIVERSIDE; CITY OF MURRIETA; STANLEY SNIFF, Sheriff of Riverside County; WILLIAM DI YORIO, Undersheriff of Riverside County; JULIO IBARRA, Senior Safety Coordinator for | Case No. 5:16-cv-155 BRO (SP)<br><br>**DECLARATION OF LEWIS KHASHAN RE: ORDER TO SHOW CAUSE  ON SERVICE OF THIRD AMENDED COMPLAINT AND MOTION FOR GOOD FAITH SETTLEMENT ON DEFENDANT TYLER SCOTT JACKSON** |

1
**DECLARATION OF LEWIS KHASHAN RE: ORDER TO SHOW CAUSE**

**CASE NO.:  5:16-CV-155 BRO (SP)**

| | |
|---|---|
| 1 | Riverside County; JERRY          ) |
| 2 | GUTIERREZ, Corrections Assistant ) |
|   | Sheriff; VIRGINIA BUSBY, Captain ) |
| 3 | of Robert Presley Detention Center; ) |
| 4 | Correctional Deputy NORMAN       ) |
|   | NANTES; Correctional Deputy      ) |
| 5 | JASON CHIVAS; Correctional Deputy ) |
| 6 | JEFFREY PINION; Correctional     ) |
|   | Deputy CHRISTOPHER ALVAREZ       ) |
| 7 | Murrieta Police Department OFFICER ) |
| 8 | JEREMY MEADOWS; OFFICER H.       ) |
|   | ADAMS; OFFICER ELLIOT;           ) |
| 9 | OFFICER TOMPKINS; OFFICER        ) |
| 10 | MATTHEW MOZINGO; OFFICER        ) |
| 11 | IRVING; TYLER SCOTT JACKSON;    ) |
|    | and DOES 1-125,                  ) |
| 12 |              Defendants.         ) |

I, Lewis Khashan, state and declare as follows:

1. I have personal knowledge of the following matters and if called to testify in a court of law I could and would, competently testify in accordance with the following

2. I am an attorney duly licensed to practice law before all courts of the state of California and the Central and Southern Districts of California and am attorney of record for plaintiffs in the above-entitled case.

3. This Declaration is offered as Plaintiffs' response to this Court's Order to Show Cause filed on April 20, 2017 as Docket No. 95 in the above-captioned matter.

4. It is my understanding that Plaintiffs served Defendant Tyler Scott Jackson

2
DECLARATION OF LEWIS KHASHAN RE: ORDER TO SHOW CAUSE

CASE NO.: 5:16-CV-155 BRO (SP)

with the Third Amended Complaint on February 16, 2017, pursuant to the proof of service attached hereto as <u>Exhibit A</u>, however, Plaintiffs inadvertently failed to file a copy of the proof of service with the court.

5. As Plaintiffs were not the moving parties on the Motion for Good Faith Settlement, Plaintiffs assumed the moving parties served all interested parties with the motion and therefore, did not serve a separate copy of the motion on Defendant Jackson.

6. It did not come to my attention that Defendant Jackson was omitted from the service list for the Motion for Good Faith Settlement until the court issued its Order denying the Motion for Good Faith Settlement without prejudice on April 20, 2017.

7. On April 25, 2017, Plaintiffs filed a dismissal with prejudice as to Defendant Tyler Scott Jackson bearing Docket No. 96. Based on the dismissal of Defendant Tyler Scott Jackson with prejudice, the need for a Good Faith Settlement order is now moot.

8. On behalf of all of the attorneys representing Plaintiffs on this matter, we apologize and regret any inconvenience this caused the court or opposing counsel.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 27, 2017, in Murrieta, California.

Dated: April 25, 2017         \s_____

                              Lewis Khashan, Esq.
                              Attorney for Plaintiffs, Eddy Soriano by and through his Conservator, Sherly Tolentino and Marites De Guzman

**Exhibit A**

**CASE NO.: 5:16-CV-155 BRO (SP)**

## PROOF OF SERVICE OF DOCUMENT

Civil Action No.5:16-cv-155-BRO-SPx

I am over the age of 18 and not a party to this Civil case. My business address is:

**7451 Warner Ave Huntington Beach, CA 92647.**

A true and correct copy of the foregoing document entitled:

## THIRD AMENDED COMPLAINT

was served on Defendant Tyler Scott Jackson in the form and manner required by law and in the manner stated below:

**SERVED BY UNITED STATES MAIL**:

On February 16, 2017, I served the following persons and/or entities at the stated address in this Civil case by placing a true and correct copy thereof in a sealed envelope in the United States mail, by means of Certified Mail, postage prepaid, and addressed as follows.

MULE CREEK STATE PRISON located 4001 Highway 104 Lone, CA 95640. Service of the document has been accepted by the Litigation Department of the Prison by Chelsey Doherty who has authority to accept service on behalf on inmate Tyler Scott Jackson.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 2/16/17

Sal W. Hanna, Registered Process Server