TRUJILLO & TRUJILLO, APLC
Robert Trujillo, Esq. (CA SBN 148975)
Melody Trujillo, Esq. (CA SBN 165218)
41593 Winchester Road, Suite 201
Temecula, CA 92590
Tel: 951-296-9529
Email: trulaw@trujillo-law.us

Suzanne Skolnick, Esq. (CA SBN 211076)
2888 Loker Avenue East, Suite 110-F
Carlsbad, CA 92010
Tel. (760) 405-4397
Email: suzanne@skolnicklawgroup.com

Lewis Khashan, Esq. (CA SBN 275906)
38975 Sky Canyon Drive Suite 201
Murrieta, CA 92563
Tel. (951) 775-7279
Email: lewis@khashanlaw.com
Attorneys for Plaintiffs Eddy Soriano,
By and through his conservator, Sherly
Tolentino, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eddy Soriano, by and through his Conservator, Sherly Tolentino; Marites de Guzman; , <br><br> Plaintiffs, <br> v. <br> COUNTY OF RIVERSIDE; CITY OF MURRIETA; STANLEY SNIFF, Sheriff of Riverside County; WILLIAM DI YORIO, Undersheriff of Riverside County; JULIO IBARRA, Senior Safety Coordinator for | Case No. 5:16-cv-155 BRO (SP) <br> ORDER ON **STIPULATION FOR DISMISSAL OF DEFENDANTS COUNTY OF RIVERSIDE; STANLEY SNIFF; WILLIAM DI YORIO; JULIO IBARRA; JERRY GUTIERREZ; VIRGINIA BUSBY; NORMAN NANTES; JASON CHIVAS; JEFFREY PINION; and CHRISTOPHER ALVAREZ EFFECTIVE AS OF AUGUST 31,** |

| | |
|---|---|
| Riverside County; JERRY GUTIERREZ, Corrections Assistant Sheriff; VIRGINIA BUSBY, Captain of Robert Presley Detention Center; Correctional Deputy NORMAN NANTES; Correctional Deputy JASON CHIVAS; Correctional Deputy JEFFREY PINION; Correctional Deputy CHRISTOPHER ALVAREZ Murrieta Police Department OFFICER JEREMY MEADOWS; OFFICER H. ADAMS; OFFICER ELLIOT; OFFICER TOMPKINS; OFFICER MATTHEW MOZINGO; OFFICER IRVING; TYLER SCOTT JACKSON; and DOES 1-125,<br>　　　　　Defendants. | ) 2017.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

WHEREAS Plaintiff's *Petition for Compromise* to obtain the Probate Court's approval of the settlement of this matter with the remaining Defendants in this matter, namely: Defendants County of Riverside; Stanley Sniff; William DiYorio; Julio Ibarra; Jerry Gutierrez; Virginia Busby; Norman Nantes; Jason Chivas; Jeffrey Pinion; and Christopher Alvarez (hereafter the "Riverside Defendants") was heard on July 12, 2017 in Dept. 67 of the Los Angeles County Superior Court.

WHEREAS the Petition for Compromise was approved by the Probate court at the hearing on July 12, 2017.

WHEREAS the settlement funds payable to Plaintiff by the Riverside Defendants was received by Plaintiff's counsel on August 2, 2017 and deposited

to the Trujillo & Trujillo Client Trust Account on August 2, 2017.

WHEREAS a hold has been placed on the settlement funds by the bank for the client trust account until **August 14, 2017**, after which time, the settlement funds will have cleared the client trust account.

NOW THEREFORE,

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this entire action, and all of the following remaining defendants in the above-captioned action be, and hereby are, dismissed with prejudice pursuant to FRCP 41(a)(1) **effective as of August 31, 2017**:

Defendants COUNTY OF RIVERSIDE; STANLEY SNIFF; WILLIAM DI YORIO; JULIO IBARRA; JERRY GUTIERREZ; VIRGINIA BUSBY; NORMAN NANTES; JASON CHIVAS; JEFFREY PINION; and CHRISTOPHER ALVAREZ.

IT IS ALSO STIPULATED that Plaintiffs and the Riverside Defendants shall each bear their own costs and attorneys' fees.

IT IS ALSO STIPULATED that in the event that the settlement funds do not clear the Trujillo & Trujillo Client Trust Account on August 14, 2017 as anticipated, the parties may file a Further Joint Status Report with this Court for purposes of seeking a later date of dismissal of the entire action to allow for sufficient time for the settlement funds to clear.

IT IS SO STIPULATED.

Dated: August 8, 2017        /s/ Robert Trujillo

Robert Trujillo, Esq.
Attorney for Plaintiffs, Eddy Soriano by and through his Conservator, Sherly Tolentino and Marites De Guzman

Dated: August 8, 2017        /s/ Arthur K. Cunningham
Attorney for Defendants County of Riverside, Stanley Sniff, William Di Yorio, Julio Ibarra, Jerry Gutierrez, Virginia Busby, Norman Nantes, Jason Chivas, Jeffrey Pinion and Christopher Alvarez

IT IS SO ORDERED.
DATED: August 9, 2017

UNITED STATES DISTRICT JUDGE